**THE DUNNE LAW FIRM, P.C.**
F.R. "Chip" Dunne, III, Esq.
Attorney ID No.: 008042009
675 Morris Avenue
Springfield, New Jersey 07081
(201) 998-2727
*Attorneys for Plaintiff, Martina Jimenez De Los Santos*

| | |
|---|---|
| **MARTINA JIMENEZ DE LOS SANTOS,**<br><br>              **Plaintiff,**<br>Vs.<br><br>**UNITED AIRLINES, JOHN DOES 1-10, ABC CORPS 1-10**<br><br>              **Defendants**. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br><br>CASE NO:<br><br>CIVIL ACTION<br><br><br>COMPLAINT AND JURY DEMAND |

Plaintiff, Martina Jimenez De Los Santos, by and through her undersigned counsel, by way of Complaint against the Defendants herein says:

### FIRST COUNT

1. On or about November 4, 2024, Plaintiff, Martina Jimenez De Los Santos, was a legal business invitee on the premises of Defendant, United Airlines, located at Newark International Airport Street, Newark, NJ 07114. Plaintiff was burned by a hot tea that was negligently placed down and spilt on her by an agent of the Defendant while on a plane flying with United Airlines.

2. Defendant, United Airlines, is a business owned and allowed to operate in New Jersey.

3. Defendant, United Airlines, may be responsible for the maintenance of the common areas of the airplane.

4. Jane Does 1-10 and ABC Corps 1-10 are additional parties that may own, manage, oversee, or otherwise be responsible for the area that caused the Plaintiff to be burned.

5. Defendants John Does 1-10 and ABC Corporations 1-10, are fictitious entities currently unknown to the Plaintiff that may have had a duty and or responsibility to maintain the premises in a safe condition, such as the Landlord and/or maintenance company.

6. At all times mentioned herein, Defendants, their agents and servants, had custody and control of the premises and owed a duty to the Plaintiff to maintain said premises in a reasonable and safe condition for the use of persons lawfully thereon.

7. Defendants, their agents and servants, breached the warranties to the Plaintiff, Martina Jimenez De Los Santos, that the premises would be safe for her use.

8. Defendants, their agents and servants, were negligent in that they created, maintained and allowed a hazardous condition to exist on said premises, failed to exercise reasonable care to keep the premises safe; and further maintained a nuisance by failing to adequately maintain the airplane resulting in the Plaintiff's injuries. Furthermore, the agents and servants of the Defendant, United Airlines, were negligent in the performance of their duties resulting in injury to the Plaintiff.

9. As a direct and proximate result of the negligence of the aforesaid Defendants, the Plaintiff, was caused to sustain serious permanent injuries, both internal and external; suffered great pain and will in the future continue to suffer great pain; was compelled to and will in the future be compelled to incur medical expense and to expend large sums of money for payment of said medical expense; has lost time from her occupation and will in the future continue to be caused to lose time from her occupation. She was prevented from and will in the future be prevented from performing and/or engaging in her activities and lifestyles; and sustained such other damages that will be ascertained through the discovery process and at the time of trial.

**WHEREFORE**, Plaintiff demands judgment against Defendants, their agents and servants, jointly, severally, or in the alternative for damages, interest, costs of suit, and any such other relief that may be deemed necessary by the Court.

                                          **THE DUNNE LAW FIRM, P.C.**

                                          **/s/ F.R. "Chip" Dunne, III, Esq.**
                                          _____
                                          F.R. "Chip" Dunne, III, Esq.

Date: October 30, 2025

## DEMAND FOR TRIAL BY JURY

Plaintiff(s) hereby demand a trial by jury as to all issues raised in this Complaint.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to **R. 4:25-4**, F.R. "Chip" Dunne, III, Esq., is hereby designated as trial counsel on behalf of the Plaintiff.

## CERTIFICATION PURSUANT TO RULE 4:5-1

I certify that, pursuant to R 4:5-1, to my knowledge, and based on the information available to me at this time, the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding and that no additional parties are known at this time that should be added.

## DEMAND FOR ANSWERS TO INTERROGATORIES

Demand is hereby made by the Plaintiff for the Defendants to answer Form C and Form C (2) Interrogatories.

THE DUNNE LAW FIRM, P.C.

/s/ F.R. "Chip" Dunne, III, Esq.
_____
F.R. "Chip" Dunne, III, Esq.

Date: October 30, 2025